FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 24 2022

LONG ISLAND OFFICE

KTF:SMS/LAB
F. #2022R00659

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

CHRISTOPHER MOSCINSKI,

        Defendant.

------------------------------X

MISDEMEANOR
INFORMATION

Cr. No. CR 22 485
(T. 18, U.S.C., §§ 248(a)(1), 248(b) and 3551 et seq.)

TISCIONE, M.J.

THE UNITED STATES ATTORNEY CHARGES:

INTERFERENCE WITH FREEDOM OF ACCESS
TO REPRODUCTIVE HEALTH SERVICES

    On or about July 7, 2022, within the Eastern District of New York and elsewhere, the defendant CHRISTOPHER MOSCINSKI did knowingly and intentionally, by physical obstruction, intimidate and interfere with, and attempt to intimidate and interfere with, one or more persons, to wit: employees of Planned Parenthood in Hempstead, New York, because those persons were and had been providing reproductive health services and one or more other persons and a class of persons, to wit: patients of Planned Parenthood in Hempstead, New York, were and had been obtaining reproductive health services, and in order to intimidate said employees from providing, and said patients from obtaining, reproductive health services.

    (Title 18, United States Code, Sections 248(a)(1), 248(b) and 3551 et seq.)

*[signature]*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK